# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 1:25-cv-24913-JEM

ELSA KEIDAN and GARRICK S. KEIDAN,
individually and on behalf of all others
similarly situated,

Plaintiffs,

vs.

AT&T, INC.,

Defendant.
_______________________________________/

**DECLARATION OF DAVID A. CUNNINGHAM**

I, David A. Cunningham, declare under penalty of perjury as follows:

1. I am employed by AT&T Services, Inc. as Lead Marketing Technology Manager in the AT&T Consumer Marketing & Compliance department ("AT&T"). I am over the age of eighteen (18) and all statements herein are based on my personal knowledge and/or my review of AT&T's relevant records pertaining to Plaintiffs. I am authorized and competent to testify to the statements set forth in this Declaration.

2. In my capacity as a Lead Marketing Technology Manager, I am knowledgeable about AT&T's business records which capture data when att.com website users request to be contacted by AT&T regarding the availability of AT&T's Fiber Internet Service. I have reviewed business records relating to Elsa Keiden and her request for such information. These business records are kept and made in good faith, made in the regular course of business, made before this action began, and made in the regular course of business at or about the time of the transaction.

3. On February 14, 2024, Keidan initiated a request to be contacted by AT&T regarding the availability of AT&T's Fiber Internet Service in her area using the "Notify Me" process on www.att.com.

4. A true and correct copy of the online form used by Keidan to request to be contacted directly by AT&T is attached hereto as **Exhibit A**. While an email address was required to request contact from AT&T, providing a phone number was optional. Keidan elected to voluntarily provide both her email address and phone number.

5. Keidan provide the email address of elsagonz1@aol.com and the cellular phone number ending in 9558.

6. In accord with Keidan's request to be notified regarding availability of AT&T Fiber Internet, AT&T placed a phone call to the number ending in 9558 on June 12, 2025 and contact was made with a live person. AT&T does not have any record of any subsequent phone calls placed to Keidan.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 10th, 2026.

[signature]

DAVID A. Cunningham

Exhibit A


9:48
◂ Google
90
Call us at 888.441.2522
Get on our email list
Sign up to be notified of any home internet products, including AT&T Fiber®, available at your address.
First name
Last name
Email address
Mobile number (optional)
10 digits
By providing my email and/or mobile phone above, I agree to receive special offers and promotions from AT&T relating to AT&T Internet via email and/or text messages, automated and/or manual phone calls. Message and data rates may apply. I understand that my consent is not a condition of purchase.
CHAT
Notify me