**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.1:25-cv-24913-JEM**

ELSA KEIDAN and GARRICK S. KEIDAN,
individually and on behalf of all others
similarly situated,

Plaintiffs,

v.

AT&T SERVICES, INC.,

Defendant.

_______________________________________/

**JOINT STATUS REPORT ON SETTLEMENT**

Plaintiffs, ELSA KEIDAN and GARRICK S. KEIDAN, and Defendant AT&T SERVICES, INC., by counsel, hereby file this Status Report on Settlement and report that the parties have fully executed a settlement agreement and will file a dismissal upon completion of the terms in the agreement which are expected to be completed within the next 20 days. Plaintiffs request that the deadline to file the dismissal be extended for 21 days accordingly.

Dated: May 14, 2026.

Respectfully submitted,

*/s/ Seth M. Lehrman*
Seth M. Lehrman, Esq.
Florida Bar No. 132896
E-mail: seth@lehrmanlaw.com
**LEHRMAN LAW**
622 Banyan Trail, Suite 200
Boca Raton, FL 33431
Telephone: 754-778-9660

Joshua H. Eggnatz, Esq.
Florida Bar. No.: 0067926
E-mail: JEggnatz@JusticeEarned.com
SGizzie@JusticeEarned.com
**EGGNATZ | PASCUCCI**
7450 Griffin Road, Suite 230

Davie, FL 33314
Telephone: 954-889-3359
Facsimile: 954-889-5913

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on May 14, 2026, and that a notice of the electronic filing will be transmitted to counsel of record.

*/s/ Seth M. Lehrman*
Seth M. Lehrman

**SERVICE LIST**

Steven J. Brotman, Esq.
E-mail: steven.brotman@troutman.com
**TROUTMAN PEPPER LOCKE LLP**
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
Telephone: 561-833-7700
Facsimile: 561-655-8719

*Attorney for Defendant*