**UNITED STATES DISTRICT COURT**
**SOUTHERN DICTRICT OF FLORIDA**
**CASE NO. 1:25-cv-24913-KMM**

ELSA KEIDAN and GARRICK S. KEIDAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AT&T SERVICES, INC.,

Defendant.

_____________________________________/

CLASS ACTION

DEMAND FOR JURY TRIAL

**JOINT STIPULATION OF DISMISSAL**

Plaintiffs, ELSA KEIDAN and GARRICK S. KEIDAN, individually and on behalf of all others similarly situated, and Defendant, AT&T SERVICES, INC., by and through their undersigned counsel, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice s to the Plaintiffs' individual claims, without prejudice to the claims of any putative class members, and with each party to bear their own attorneys' fees and costs.

Dated: May 15, 2026

Respectfully submitted,

*/s/ Seth M. Lehrman*
Seth M. Lehrman, Esq.
Florida Bar No. 132896
E-mail: seth@lehrmanlaw.com
LEHRMAN LAW
622 Banyan Trail, Suite 200
Boca Raton, FL 33431
Telephone: 754-778-9660

Joshua H. Eggnatz, Esq.
Florida Bar. No.: 0067926
E-mail : JEggnatz@JusticeEarned.com
Sgizzie@JusticeEarned.com

*/s/ Steven J. Brotman*
Steven J. Brotman, Esq.
Florida Bar No. 85750
E-mail: steven.brotman@troutman.com
TROUTMAN PEPPER LOCKE LLP
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
Telephone: 561-833-7700
Facsimile: 561-655-8719

*Attorney for Defendant*
*AT&T Services, Inc.*

EGGNATZ | PASCUCCI
7450 Griffin Road, Suite 230
Davie, FL 33314
Telephone: 954-889-3359
Facsimile: 954-889-5913

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on May 15, 2026, and that a notice of the electronic filing will be transmitted to all counsel of record.

*/s/ Seth M. Lehrman*
Seth M. Lehrman